**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000618
19-NOV-2013
10:10 AM**

NO. CAAP-12-0000618

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

KERRY SCOTT ALLIGOOD, Plaintiff-Appellant/Cross-Appellee, v.
MARTA JENNIFER KNAPP-ALLIGOOD, Defendant-Appellee/Cross-Appellant

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(FC-D NO. 09-1-178K)

ORDER (1) APPROVING THE NOVEMBER 13, 2013 STIPULATION
TO DISMISS APPEAL AND CROSS-APPEAL WITH PREJUDICE
AND (2) DISMISSING THE JUNE 10, 2013 "MOTION
TO DISMISS SOME POINTS ON APPEAL FOR MOOTNESS"
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of (1) the "Motion to Dismiss Some
Points on Appeal for Mootness" filed on June 10, 2013 and (2) the
"Stipulation to Dismiss Appeal and Cross-Appeal with Prejudice,"
filed November 13, 2013 (Stipulation) by Defendant-Appellee Marta
Jennifer Knapp-Alligood, the papers in support, and the record,
it appears that (1) the Stipulation is dated and signed by the
parties; (2) the parties seek dismissal of the appeal with
prejudice, pursuant to Hawai'i Rules of Appellate Procedure Rule
42(b); and (3) the parties agree to bear their own costs and fees
on appeal. Therefore,

IT IS HEREBY ORDERED that the stipulation to dismiss
appeal and cross-appeal is approved and these appeals are
dismissed with prejudice. The parties shall bear their own
appellate costs and fees.

IT IS FURTHER ORDERED that the "Motion to Dismiss Some Points on Appeal for Mootness" filed on June 10, 2013 is dismissed as moot.

DATED:   Honolulu, Hawai'i, November 19, 2013.


Chief Judge


Associate Judge


Associate Judge